# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2021

Bridget M. McCormack,
Chief Justice

163423(38)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRIAN KEITH SCHWAB,
      Defendant-Appellant.
_____/

SC: 163423
COA: 356443
Kent CC: 18-011018-FC

On order of the Chief Justice, the motion of the defendant-appellant to exceed the page limitation for his application for leave to appeal is DENIED. The defendant-appellant shall file a revised application of no more than 75 pages within 28 days of this order or the original application will be stricken and the appeal will be administratively dismissed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2021



Clerk